IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 99-cr-40026-JPG |
| | ) | |
| WILLIAM L. CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant William L. Curtis's *pro se* motion (Doc. 206) for the status of his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 204).

The Court appointed counsel for Curtis on this matter on November 15, 2011, so he is now represented by the Federal Public Defender (Doc. 205). A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "The right to representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir.1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir.2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Curtis's motion (Doc. 206) be **STRICKEN**. If Curtis has questions about the status of his case or wants a copy of the docket sheet, he should contact the Federal Public Defender's Office.

**IT IS SO ORDERED.**
**Dated: January 17, 2014**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**