IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.   99-cr-40026-JPG |
| | ) |
| WILLIAM L. CURTIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant William L. Curtis's motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of United States Sentencing Guideline ("U.S.S.G.") Amendment 782, and motion to remove counsel (Doc. 208). In November 2011, the Court appointed the Federal Public Defender's Office to represent Curtis in connection with a potential sentence reduction in light of U.S.S.G. Amendment 750 (Doc. 205).   Pursuant to Administrative Order 167, the Court would be inclined to do the same in connection with a potential sentence reduction in light of U.S.S.G. Amendment 782.   However, Curtis is unsatisfied with counsel's representation to this point and now asks the Court to remove Assistant Federal Public Defender Judith A. Kuenneke as counsel in this case.   It is clear Curtis wants to represent himself, and the Court believes based on his past filings that he is competent to do so and will suffer no prejudice from the lack of counsel.   Accordingly, the Court **GRANTS** the motion to remove counsel, **DIRECTS** the Clerk of Court to terminate AFPD Kuenneke as counsel in this case, and **RESERVES** ruling on the motion for a reduction of sentence (Doc. 208).   Curtis shall have up to and including November 30, 2015, to file an amended motion with any supporting details the Curtis wishes the Court to consider.   Should

Curtis fail to file an amended motion, the Court will rule on his two pending motions (Docs. 204 & 208).

  **IT IS SO ORDERED.**
  **DATED:** **October 27, 2015**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**